IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LINDA SUE WEBB, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:15-cv-051-RWS-RSP |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently before the Court is the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 16). Plaintiff filed an Objection to the Report and Recommendation (Dkt. No. 17). Specifically, Plaintiff objects that the "Magistrate Judge erred in finding that the ALJ's credibility finding is supported by substantial evidence and therefore not erroneous." (Dkt. No. 17 at 1). Plaintiff contends that the ALJ did not adequately address the seven factors of Social Security Ruling 96-7 in making his credibility determination. (*Id.* at 2 (citing Dkt. No. 16 at 3)). On *de novo* review, the Court finds no error in the Magistrate Judge's findings that the Administrative Law Judge adequately and appropriately considered the evidence of record in reaching his credibility determination, and that substantial evidence supports the determination. (*See* Dkt. No. 16 at 3).

Having considered the objections and finding no merit, the findings and conclusions of the Magistrate Judge are **ADOPTED** as those of the Court.

**So ORDERED and SIGNED this 28th day of September, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE